EXHIBIT B

| Category Number | Date Range | Document Types | Authors/Recipients/Copyees | Category Description | Privilege Asserted | Number of Documents Withheld |
|---|---|---|---|---|---|---|
| 1 | 10/18/05 - 4/1/14 | Email, PDF, XLS, DOC | **Attorneys:** M. Stern, Esq.; B. Stonelake, Esq. (Blank Rome); H. Demirjian, Esq. (Blank Rome); C. Warren (Kramer Levin); **Client:** A. Enzman; C. Caldwell; P. Yaniga; C. Lin; R. Deitchman; R. Moudy; J. Schweitzer, J. Lidle; C. Ross; B. Termini; **Consultants Assisting with Legal Advice and Defense Strategy:** S. Baggett (Stantec); P. Miller (Stantec); F. Aceto (Stantec); J. Burns (Stantec); K. Middleton (Stantec); K. Beckett (Stantec); J. Lortie (Stantec); K. Perlin (Stantec); K. Hannon (Stantec); J. Lortie (Stantec); A. Schnitz (Stantec); D. Gray (Stantec); H. Bishop (Stantec); A. Bradley (Stantec); G. Myers (Stantec); M. O'Connor (Unicorn Mgt.); K. Hanlon (Unicorn Mgt.); F. Aceto (Secor) | Communications with outside counsel, defense group counsel, and consultants protected by common interest providing, requesting, or reflecting legal advice and/or made in anticipation of litigation/regulatory investigation regarding investigation of alleged contamination and clean-up at the Wilmington site | Attorney-Client Privilege; Work Product Doctrine | 657 |
| 2 | 5/1/06 - 7/15/14 | Email, PDF, DOC | **Attorneys:** M. Stern, Esq.; **Client:** A. Enzman; C. Caldwell; P. Yaniga; R. Moudy; J. Maxwell; J. Schweitzer, C. Lin; **Consultants Assisting with Legal Advice and Defense Strategy:** S. Baggett (Stantec); P. Miller (Stantec); F. Aceto (Stantec); K. Middleton (Stantec); A. Bradley (Stantec) | Amtrak communications with in-house counsel and/or consultants providing, requesting, or reflecting legal advice and/or made in anticipation of litigation/regulatory investigation regarding investigation of alleged contamination and clean-up at the Wilmington site | Attorney-Client Privilege; Work Product Doctrine | 167 |

| Category Number | Date Range | Document Types | Authors/Recipients/Copyees | Category Description | Privilege Asserted | Number of Documents Withheld |
|---|---|---|---|---|---|---|
| 3 | 7/9/03 - 1/29/14 | Email, PDF, XLS, DOC | **Attorneys:** M. Stern, Esq.; E. Acheson, Esq.; W. Herrmann, Esq.; B. Stonelake, Esq. (Blank Rome); H. Demirjian, Esq. (Blank Rome); L. Mills, Esq. (Drinker Biddle and Reath); A. Vogel, Esq. (Quarles); B. Hutson , Esq. (Helms, Mulliss & Wicker); C. Everett, Esq. (Saul Ewing); C. Clayton, Esq. (Wilmer Hale); C. Gibson, Esq. (Archer); C. Loundy, Esq. (Stepan); D. Jordanger, Esq. (Hunton); D. Landgraf, Esq. (FMC); D. Northrop, Esq. (Porter & Wright); G. Stewart, Esq. (Morgan Lewis); H. Minuskin, Esq. (Coiughlin Duffy); H. Crystal, Esq. (Novack Burnbaum Crystal); J. Votlaw, Esq. (Wilmer Hale); J. Klock, Esq. (Gibbons); K. McKenna, Esq. (Latsha, Davis, McKenna); M. Gold, Esq. (Manko Gold Katcher Fox); B. Gotanda, Esq. (Manko Gold Katcher Fox); N. Valleras, Esq. (Manko Gold Katcher Fox); K. Campbell, Esq. (Manko Gold Katcher Fox); M. Dillon, Esq. (Manko Gold Katcher Fox); R. Elledge, Esq. (Gould Ratner); R. Gladstone, Esq. (Szaferman Lakind); S. Jabonski, Esq. (Szaferman); T. Gottshall, Esq. (Hall Booth Smith); T. Garvey, Esq. (Latsha, Davis, McKenna); T. Wesner, Esq. (Morgan Lewis); L. Caballero, Esq. (Piper Rudnick) **Client:** J. Schweitzer, S. Baggett; C. Caldwell; J. Maxwell; **Consultants Assisting with Legal Advice and Defense Strategy:** M. Low; C. Dudek; P. Saunders; A. Golub; A. Lewis; B. Powell; C. McElroy; C. Kezos; K. Arnold; L. Brenneman; M. Pisarcik, M. Vancil; P. Greco; Furbay; J. Gorosh; K. Arnold; L. Brenneman; M. Pisarcik, M. Vancil; P. Greco; P. Dolinger; P. Gruene; R. Casselberry; S. Geist; S. Gaynor; S. LeGros; T. Solodar; T. Duffy; A. Pagano; A. Ryan; A. Kricun; A. Masse; B. Ruiter; B.Hoke; B. Alexander; C. Hess; D. Woodman; J. Pantazes; J. DiSario; J. Klickovich; J. Deemer; J. Brackin; K. Wilson; K. Brown; K. Long; L. Morales; L. Runyon; M. Pasquarelli; N. Panchal; P. McDonald; R. Gudgeon; R. Hindt; R. Muche; R. Matty; R. Tucker; R. Funari; S. Callahan; S. Rahaim; S. Broan; T. Ei; T. Durve; W. Smith; C. Hudson | Communications with outside counsel, defense group counsel, and consultants protected by common interest providing, requesting, or reflecting legal advice and/or made in anticipation of litigation/regulatory investigation regarding investigation of alleged contamination and clean-up at the Lightman Drum site | Attorney-Client Privilege; Work Product Doctrine | 269 |
| 4 | 5/4/04 - 12/17/13 | Email, PDF, DOC | **Attorneys:** M. Stern, Esq.; E. Acheson, Esq.; W. Herrmann, Esq.; J. Roberts, Esq.; **Client:** J. Schweitzer; C. Caldwell; R. Deitchman; K. Hill; A. Enzman; **Consultants Assisting with Legal Advice and Defense Strategy:** S. Posten (AMEC); B. Sariano (AMEC) | Amtrak communications with in-house counsel and/or consultants providing, requesting, or reflecting legal advice and/or made in anticipation of litigation/regulatory investigation regarding investigation of alleged contamination and clean-up at the Lightman Drum site | Attorney-Client Privilege; Work Product Doctrine | 42 |

| Category Number | Date Range | Document Types | Authors/Recipients/Copyees | Category Description | Privilege Asserted | Number of Documents Withheld |
|---|---|---|---|---|---|---|
| 5 | 4/30/93 - 6/26/14 | Email, PDF, DOC, PPT | **Attorneys:** M. Stern, Esq.; E. Acheson, Esq.; W. Herrmann, Esq.; J. Roberts, Esq.; D. Moore, Esq.; **Client:** C. Caldwell; R. Mohlenhoff; E. Jurczak; S. McFaul; L. Steffes; D. Klouda; R. Pena; P. Marasco; S. Rose; S. McFaul; C. Wright; R. Deitchman; A. Serfaty | Internal Amtrak communications with in-house counsel providing, requesting, or reflecting legal advice and/or made in anticipation of litigation/regulatory investigation regarding the scope and status of work and cost estimates regarding the Lumber Street site | Attorney-Client Privilege; Work Product Doctrine | 58 |
| 6 | 5/1/01 - 1/10/14 | Email, PDF, DOC, XLS | **Attorneys:** J. Roberts, Esq.; N. Sowa, Esq.; M. Stern, Esq.; D. Herndon, Esq.; **Client:** E. Cattafi; C. Caldwell; T. Moritz; F. Sobota; M. Jamison; D. Cook; C. Mitten; M. Wurpel; C. Taccetta; C. Durst; H. Pauley; P. Colliere; C. Williams; B. Brill; R. Mohlenhoff; R. Prater; M. Gouin; R. Snow; T. Pinsky; E. Watson; M. Mack; M. Collins; C. Rawlings; D. Galloway; B. Auve; J. McCarron; J. Grella; C. Ross; R. Deitchman; J. Gorman; B. Webster; B. Looloian; M. Smith; M. Alexis; C. Wright; S. Howland; J. Gerlach; R. Santini; A. Witt; L. Steffes; J. Kelly; L. Slimbock; M. DeCataldo; D. Varn; M. Dunn; G. Trachtenberg; K. Gelman; B. Sfida | Internal Amtrak communications with in-house counsel providing, requesting, or reflecting legal advice and/or made in anticipation of litigation/regulatory investigation regarding the scope and status of work and cost estimates regarding the Penn Station site | Attorney-Client Privilege; Work Product Doctrine | 104 |

| Category Number | Date Range | Document Types | Authors/Recipients/Copyees | Category Description | Privilege Asserted | Number of Documents Withheld |
|---|---|---|---|---|---|---|
| 7 | 9/30/97 - 6/30/14 | Email, PDF, DOC, XLS | **Attorneys:** M. Stern, Esq.; D. Herndon, Esq.; J. Roberts, Esq.; N. Sowa, Esq.; W. Herrmann, Esq.; E. Acheson, Esq.; R. McCarthy, Esq.; R. Corl, Esq.; **Client:** E. Cattafi; R. Deitchman; C. Caldwell; R. Mohlenhoff; T. Pazsik; G. Sullivan; B. Gallagher; E. Watson; K. McGrath; F. Ross; C. Taccetta; C. Benson; J. Meller; S. Sopper, M. Collins; C. Rawlings; C. Maliszewski; A. Cloutier; J. Gerlach; A. Fazio; B. Pohlot; M. Johnson; R. Nies; D. Galloway; R. Bernaski; S. Falkenstein; P. Bubnis; J. Pieli; C. Hampe; J. Gorman; S. Young; J. Mann; M. Doyle; J. Angulo; J. Savarese; W. Forman; N. LaRussa; J. Ingersoll; S. Bagosey; J. Kremp; M. Decataldo; C. Crump; J. Grella; L. DeLago; S. Guida; J. Flannery; R. Herrmann; M. McGaw; J. Maxwell; A. Moore; D. Cook; D. Evers; A. Juliano; B. Auve; M. Wurpel; T. Banks; S. Alleman; M. Cabrera; L. Edwards; D. Grant; F. Hampe; M. Jamison; C. Kong; T. Pyle; K. Romero; M. Small; M. Smith; D. Staplin; R. Verhelle; D. Wagner; G. Philipose; R. Smith; K. Holt; J. Richter; J. Spangler-Weiss; G. Trachtenberg; L. Keefe; W. Mills; E. Courtemanch; J. Rago; P. DelSignore; A. Keefe; C. Weed; G. Kazanjian; M. Kolonauski; S. Riley; D. Pittman; J. Shomper; J. Graber; S. Rose; T. Lane; K. Hill; H. Seubert; P. Michalski; R. Rubel; V. Zane; J. Lyon; T. Clark; C. Mandolia; C. LoRusso; A. Girardi; T. Hart; A. Serfaty | Internal Amtrak communications with in-house counsel providing, requesting, or reflecting legal advice and/or made in anticipation of litigation/regulatory investigation regarding the scope and status of work and cost estimates regarding the Sunnyside Yard site | Attorney-Client Privilege; Work Product Doctrine | 191 |
| 8 | 8/15/79 - 7/3/14 | Email, PDF, DOC | **Attorneys:** M. Stern, Esq.; E. Acheson, Esq.; J. Roberts, Esq.; W. Herrmann, Esq.; N. Sowa, Esq.; D. Moore, Esq.; **Client:** C. Caldwell; R. Deitchman; C. LoRusso; A. Moore; A. Enzman; R. Mohlenhoff; J. Maxwell; P. Foreman; H. Hart; J. McCarron; G. Sullivan; R. Moudy; R. Costello; S. Riley; C. Lento; K. Gibbons; C. Ross; J. Maxwell; J. Schweitzer; P. Balderson; J. Mann; W. Doherty; D. Pasquella; H. Concha; M. Jamison; T. Moritz; D. Cook; M. Wurpel; B. Auve; D. Kovac; W. Mills; D. Tangarone; B. Jones; R. Moyo; J. Shoemaker; J. Grella; F. Trincia; G. Dutton; J. Tull; L. Beddis; M. Smith; P. Leininger; W. Countess; N. Greene; W. Bates; T. Lane; J. Rushton; C. Lin; M. Chelotti; G. Kredensor; M. Cotter; G. DiGiovine; C. Yordy; J. Richter; R. Gillig; J. Rago; L. Gran; W. Pusey | Internal Amtrak communications with in-house counsel providing, requesting, or reflecting legal advice and/or made in anticipation of litigation/regulatory investigation regarding the scope and status of work and cost estimates regarding the Wilmington site | Attorney-Client Privilege; Work Product Doctrine | 185 |

| Category Number | Date Range | Document Types | Authors/Recipients/Copyees | Category Description | Privilege Asserted | Number of Documents Withheld |
|---|---|---|---|---|---|---|
| 9 | 3/3/98 - 7/10/14 | Email, PDF, DOC, XLS | **Attorneys:** D. Moore, Esq.; J. Roberts, Esq.; M. Stern, Esq.; E. Acheson, Esq.; W. Herrmann, Esq.; D. Herndon, Esq.; N. Sowa, Esq.; C. Lanzon, Esq.; R. McCarthy, Esq.; **Client:** C. Caldwell; R. Noonan; R. Deitchman; E. Jurczak; W. Smith; R. Mohlenhoff; A. Enzman; M. Angelo; J. Spangler-Weiss; D. Konz; C. Ross; J. Maxwell; J. Schweitzer; C. Wood; B. Looloian; C. LoRusso; S. Sopper; C. Taccetta; M. Porto; J. Gorman; M. Kolonauski; E. Watson; C. Rawlings; T. Moritz; D. Galloway; K. Dalgliesh; A. Fazio; J. Savarese; R. Verrelle; C. Pflecki; M. Collins; D. Cook; R. Cianfrini; N. Miller; A. Shaw; E. Nacinovich; B. Auve; C. McGloughlin; J. Gerlach; M. Smith; T. Clark; G. Kredensor; M. Jamison; R. Allen; H. Concha; M. Wurpel; L. Steffes; J. Wood; R. Check; A. Witt; E. Cattafi; W. Coleman; D. Evers; S. Falkenstein; S. Yan; R. Graham; A. Warner; G. Trachtenberg; J. Rago; K. McGrath; A. Hill; L. Wood; S. Rose; P. Cohen; A. Moore; C. Lin; W. Mills; R. Johnson; S. McFaul; A. Girardi; J. Snowden | Internal Amtrak communications with in-house counsel providing, requesting, or reflecting legal advice and/or made in anticipation of litigation/regulatory investigation regarding the scope and status of work and cost estimates regarding non-initial sites | Attorney-Client Privilege; Work Product Doctrine | 271 |
| 10 | 9/11/85 - 7/9/14 | Email, PDF, DOC, XLS | **Attorneys:** M. Stern, Esq.; J. Roberts, Esq.; E. Acheson, Esq.; D. Herndon, Esq.; W. Herrmann, Esq.; D. Moore, Esq.; N. Sowa, Esq.; C. Lanzon, Esq.; K. Stern, Esq.; J. Dober, Esq.; R. Corl, Esq.; V. Brotski, Esq.; R. McCarthy, Esq.; **Client:** D. Cook; J. Marilyn; C. Caldwell; T. Moritz; F. Ohly; H. Concha; J. Spangler-Weiss; M. Wurpel; T. Foley; L. Steffes; R. Deitchman; R. Mohlenhoff; A. Serfaty; R. Graham; J. Hartman; L. Mozee; K. Gelman; A. Shaw; A. Castrucci; C. Yordy; R. Allen; J. Steffensen; E. Watson; W. Mills; C. Mandolia; E. Jurczak; F. Wieker; J. Carnicelli; M Smith; S. Call; E. Cattafi; C. Mitten; C. LoRusso; M. Angelo; A. Enzman; W. Smith; J. Matsumoto; T. Calderon; J. Shoemaker; S. McFaul; J. Maxwell; P. Rutherford; S. Gilmore; J. Schweitzer; C. Taccetta; B. Hamlin; C. Ross; J. Brun; R. Delgado; J. Liddle; G. Leblanc; R. Mann; T. Johnson; B. Looloian; C. Durst; B. Webster; B. Jones; B. Auve; D. Stadtler; M. Donovan; S. Yates; J. Gorman; G. Parsa; S. Sopper; J. Savarese; R. Check; E. Gallo; K. Gibbons; S. Gardner; M. Collins; P. Vilter; J. White; G. Sullivan; S. Riley; R. Moudy; A. Moore; F. Ross; C. Benson; A. Patterson; R. Carter; M. Alexis; D. Domzalski; P. Balderston; K. Parkhurst; J. Wood; R. Nanney; B. Callan; P. Marasco; J. Meredith-Batchelor; C. Woods; C. Shermaine; V. Zare; J. Buechler; E. Simons; P. DelSignore | Internal Amtrak communications with in-house counsel providing, requesting, or reflecting legal advice and/or made in anticipation of litigation/regulatory investigation regarding the scope and status of work and cost estimates regarding multiple sites | Attorney-Client Privilege; Work Product Doctrine | 348 |

| Category Number | Date Range | Document Types | Authors/Recipients/Copyees | Category Description | Privilege Asserted | Number of Documents Withheld |
|---|---|---|---|---|---|---|
| 11 | 9/19/05 - 6/30/14 | Email, PDF, DOC, XLS | **Attorneys:** M. Stern, Esq.; S. Siros, Esq. (Jenner); J. Yearout, Esq. (Jenner); A. Torrence, Esq. (Jenner); A. Kenney, Esq. (Jenner); J. Roberts, Esq.; E. Acheson, Esq.; W. Hermann, Esq.; J. Vroman, Esq. (Jenner); **Client:** C. Caldwell; E. Jurczak; R. Mohlenhoff; S. McFaul; R. Mesec; B. Duggins; P. Marasco; K. Hill; R. Deitchman; L. Steffes; A. Serfaty; **Consultants Assisting with Legal Advice and Defense Strategy:** S. Ransberry (AMEC); J. Powell (AMEC); T. Dappas (AMEC); S. Posten (AMEC); A. Gagne (AMEC); J. Sheldon (AMEC); D. Lekmine (AMEC); T. Schwartzers (AMEC); J. Cline (AMEC); L. Menken (AMEC); S. Gormley (AMEC); J. Johnsen (Stantec); J. Puckett (Stantec); J. Pugh (Stantec); N. Restagno (AMEC) | Communications with outside counsel and consultants providing, requesting, or reflecting legal advice and/or made in anticipation of litigation/regulatory investigation regarding expert reports on site contamination and/or remediation regarding the Lumber Street site | Attorney-Client Privilege; Work Product Doctrine | 177 |
| 12 | 7/10/93 - 5/15/12 | Email, PDF, DOC, XLS | **Attorneys:** S. Golden, Esq. (Dewey Lebooeuf); P. Parden, Esq. (Bryan Cave); C. Rosenthan, Esq. (Kalines, Arky, Zall & Bernstein LLP);   M. Stern, Esq.; D. Herndon, Esq.; **Client:** C. Caldwell; J. Gerlach; R. Mohlenhoff | Communications with outside counsel providing, requesting, or reflecting legal advice and/or made in anticipation of litigation/regulatory investigation regarding expert reports on site contamination and/or remediation regarding the Penn Station site | Attorney-Client Privilege; Work Product Doctrine | 30 |
| 13 | 3/29/92 - 5/12/14 | Email, PDF, DOC, XLS | **Attorneys:** C. Warren, Esq. (Kramer Levin); M. Stern, Esq.; D. Herndon, Esq.; E. Acheson, Esq.; J. Roberts, Esq.; D. Moore, Esq.; W. Herrmann, Esq.; C. Rosenthal, Esq. (Manatt); **Client:** C. Caldwell; R. Mohenhoff; R. Deitchman; W. Smith; R. Graham; T. Clark; C. Pfecki; J. Maxwell; C. Taccetta; F. Ross; C. Benson; J. Meller; P. Marasco; B. Duggins; A. Bridges; S. Hill; J. Martin; E. Cattafi; T. Pazski; L. Steffes; P. Dopson; J. Meyer; A. Serfaty; J. Bress; **Consultants Assisting with Legal Advice and Defense Strategy:** J. Parisi (Roux); J. Duminuco (Roux); C. McGuckin (Roux); H. Gregory (Roux); R. Kovacs (Roux) | Communications with outside counsel and consultants providing, requesting, or reflecting legal advice and/or made in anticipation of litigation/regulatory investigation regarding expert reports on site contamination and/or remediation regarding the Sunnyside Yard site | Attorney-Client Privilege; Work Product Doctrine | 207 |

| Category Number | Date Range | Document Types | Authors/Recipients/Copyees | Category Description | Privilege Asserted | Number of Documents Withheld |
|---|---|---|---|---|---|---|
| 14 | 12/12/97 - 6/28/12 | Email, PDF, DOC, XLS | **Attorneys:** S. Price, Esq. (Potter Anderson); C. Lanzon, Esq.; K. Novicky, Esq. (Justis); G. Justis, Esq. (Justis); C. Warren, Esq. (Kramer Levin); M. Stern, Esq.; G. Seitz, Esq. (Seitz Van Ogtrop Green); B. Gotanda, Esq. (Manko Gold Katcher Fox); W. Herrmann, Esq.; M. Landman, Esq. (Landman Corsi Ballaine Ford); M. Gold, Esq. (Manko Gold Katcher Fox); J. Bowie, Esq. (John Bowie Associates). **Client:** C. Caldwell; A. Enzman; R. Deitchman; R. Mohlenhoff; J. Schweitzer; D. Kovac; D. Cook; P. DeGal; M. Smith; C. Mandolia; P. Leininger; W. Mills; **Consultants Assisting with Legal Advice and Defense Strategy:** S. Baggett (Stantec); C. McCardell (Stantec); F. Aceto (Stantec); W. DeKlerk (Marsh); M. Blohm (KPMG) | Communications with outside counsel, consultants and auditors providing, requesting, or reflecting legal advice and/or made in anticipation of litigation/regulatory investigation regarding expert reports on site contamination and/or remediation regarding the Wilmington site | Attorney-Client Privilege; Work Product Doctrine | 58 |

| Category Number | Date Range | Document Types | Authors/Recipients/Copyees | Category Description | Privilege Asserted | Number of Documents Withheld |
|---|---|---|---|---|---|---|
| 15 | 6/8/83 - 7/18/14 | Email, PDF, DOC, XLS | **Attorneys:** D. Moore, Esq.; J. Griffith, Esq. (Piper Rudnick); R. Truitt, Esq. (Piper Rudnick); W. DuBois, Esq. (Piper Rudnick); P. Britell, Esq. (Venable); C. Martin, Esq. (Venable); D. Herndon, Esq.; M. Stern, Esq.; G. Seitz, Esq. (Seitz Van Ogtrop Green); S. Price, Esq. (Potter Anderson); C. Lanzon, Esq.; J. Weiner, Esq. (Law Offices of Jeffery M. Weiner); M. Catalino (Potter Anderson); D. Cowan, Esq. (Potter Anderson); J. Roberts, Esq.; R. Laraway, Esq. (Potter Anderson); V. Shockey, Esq. (Piper Rudnick); D. Carrigan, Esq. (Piper Rudnick); J. Moore, Esq. (Piper Rudnick); G. Gotanda, Esq. (Manko Gold Katcher Fox); M. Gold, Esq. (Manko Gold Katcher Fox); K. Morthole, Esq. (Morthole Law); F. Hallman, Esq. (DHBB Law); C. Warren, Esq. (Kramer Levin); S. Greer, Esq. (Arnold Porter); M. Daneker, Esq. (Arnold Porter); J. Himmer, Esq.; L. Mauro, Esq. (Harter Secrest Emery); W. Martin, Esq. (Fox Rothschild); N. Witte, Esq. (Gonzalez Saggio Harlan); E. Acheson, Esq.; K. Reich, Esq. (Law Offices of Kenneth A. Reich) **Client:** C. Caldwell; M. Collins; S. Gardner; R. LaCroix; S. St. Pierre; D. Galloway; A. Enzman; C. Jacobs; R. Noonan; R. Deitchman; J. Schweitzer; W. Smith; J. Weiss-Spangler; E. Jurczak; R. Mohlenhoff; C. Rawlings; D. Cook; M. Sopper; P. Vilter; J. Meredith-Bachelor; B. Looloian; S. Rose; R. Graham; **Consultants Assisting with Legal Advice and Defense Strategy:** F. Aceto (Stantec); K. Middleton (Stantec); C. McCardell (Stantec); T. Kalaghan (Stantec); M. Lannan (Bright Fields); K. Hannon (Secor); P. Leoni (Clerkman) | Communications with outside counsel and consultants providing, requesting, or reflecting legal advice and/or made in anticipation of litigation/regulatory investigation regarding expert reports on site contamination and/or remediation regarding non-initial sites | Attorney-Client Privilege; Work Product Doctrine | 292 |

| Category Number | Date Range | Document Types | Authors/Recipients/Copyees | Category Description | Privilege Asserted | Number of Documents Withheld |
|---|---|---|---|---|---|---|
| 16 | 11/13/06 - 7/3/14 | Email, PDF, DOC, XLS | **Attorneys:** M. Stern, Esq.; J. Roberts, Esq.; W. Herrmann, Esq.; **Client:** C. Caldwell; R. Deitchman, E. Jurczak; R. Mohlenhoff, C. Ross | Internal Amtrak communications with in-house counsel providing, requesting, or reflecting legal advice and/or made in anticipation of litigation/regulatory investigation regarding cost estimates for remediation of the Lumber Street site | Attorney-Client Privilege; Work Product Doctrine | 13 |
| 17 | 9/25/95 - 7/3/14 | Email, PDF, DOC, XLS | **Attorneys:** D. Herndon, Esq.; J. Roberts, Esq.; **Client:** C. Caldwell; M. Wurpel; E. Watson; A. Moore; C. Taccetta | Internal Amtrak communications with in-house counsel providing, requesting, or reflecting legal advice and/or made in anticipation of litigation/regulatory investigation regarding cost estimates for remediation of the Penn Station site | Attorney-Client Privilege; Work Product Doctrine | 12 |
| 18 | 12/15/92 - 7/3/14 | Email, PDF, DOC, XLS | **Attorneys:** M. Stern, Esq.; J. Roberts, Esq.; N. Sowa, Esq.; W. Herrmann, Esq.; E. Acheson, Esq.; D. Moore, Esq.; **Client:** R. Deitchman, R. Mohlenhoff, C. Caldwell; C. Ross; C. Taccetta; E. Cattafi; F. Ross; M. Doyle; H. Seubert; A. Marello; L. Steffes; P. Marasco, B. Duggins; G. Sullivan; S. Rose; B. Jones; M. Oliveri; J. Carten; D. Stein; P. Dopson; T. Moritz; A. Serfaty | Internal Amtrak communications with in-house counsel providing, requesting, or reflecting legal advice and/or made in anticipation of litigation/regulatory investigation regarding cost estimates for remediation of the Sunnyside Yard site | Attorney-Client Privilege; Work Product Doctrine | 94 |

| Category Number | Date Range | Document Types | Authors/Recipients/Copyees | Category Description | Privilege Asserted | Number of Documents Withheld |
|---|---|---|---|---|---|---|
| 19 | 8/20/82 - 7/3/14 | Email, PDF, DOC, XLS | **Attorneys:** M. Stern, Esq.; E. Acheson, Esq.; W. Herrmann, Esq.; R. Corl, Esq.; D. Herndon, Esq.; J. Roberts, Esq; N. Sowa, Esq.; **Client:** R. Deitchman; A. Moore; C. LoRusso; C. Caldwell; C. Lin; R. Gillig; V. Nesci; M. Bergeron; C. Black; S. Kulm; W. Crosbie; R. Mohlenhoff; A. Enzman; J. Maxwell; C. Williams; B. Brill; T. Hall; V. Zare; C. Ross; R. Moudy; C. Lento; M. Donovan; A. Flynn; G. Parsa; B. Looloian; L. Steffes; J. Steffensen; T. Moritz | Internal Amtrak communications with in-house counsel providing, requesting, or reflecting legal advice and/or made in anticipation of litigation/regulatory investigation regarding cost estimates for remediation of the Wilmington site | Attorney-Client Privilege; Work Product Doctrine | 47 |
| 20 | 9/17/03 - 4/18/14 | Email, PDF, DOC, XLS | **Attorneys:** D. Moore, Esq.; M. Stern, Esq.; C. Lanzon, Esq.; N. Sowa, Esq.; W. Herrmann, Esq.; D. Herndon, Esq.; E. Acheson, Esq.; **Client:** C. Caldwell; C. Ross; M. Angelo; A. Enzman; J. Spangler-Weiss; S. Elyusuf; R. Moudy; E. Jurczak; J. Gorman; T. Moritz; E. Watson; S. Sopper; J. Savarese; B. Auve; D. Cook; C. Rawlings; R. Check; M. Wurpel; E. Lydecker; W. Mills; G. DeGal; D. Kovac; P. Balderston; R. Mohlenhoff; M. Kolonauski; D. Galloway; K. Dalgliesh; A. Fazio; J. Savarese; R. Verrelle; C. Taccetta; T. Bloom; A. Flynn; G. Parsa; L. Steffes | Internal Amtrak communications with in-house counsel providing, requesting, or reflecting legal advice and/or made in anticipation of litigation/regulatory investigation regarding cost estimates for remediation of the non-initial sites | Attorney-Client Privilege; Work Product Doctrine | 78 |

| Category Number | Date Range | Document Types | Authors/Recipients/Copyees | Category Description | Privilege Asserted | Number of Documents Withheld |
|---|---|---|---|---|---|---|
| 21 | 9/21/05 - 7/10/14 | Email, PDF, DOC, XLS | **Attorneys:** M. Stern, Esq.; N. Sowa, Esq.; J. Roberts, Esq.; K. Stern, Esq.; E. Acheson, Esq.; W. Herrmann, Esq.; D. Herndon, Esq.; R. McCarthy, Esq.; V. Brotski, Esq.; J. Himmer, Esq.; C. Lanzon; J. Dober, Esq.; R. Corl, Esq.; K. Rabin, Esq.; **Client:** K. Gibbons; C. Caldwell; C. Ross; R. Deitchman; R. Graham; J. Gorman; D. Cook; E. Watson; M. Wurpel; B. Auve; M. Mack; C. Rawlings; S. Sopper; T. Moritz; D. Galloway; E. Cattafi; F. Sobota; L. Nguyen; P. DeGal; C. Chatlos; J. Zheng; K. Muhtasib; E. Dizna; K. Hill; R. Mohlenhoff, J. Maxwell; K. Johnson; L. Bashir; J. Thomas; L. Butts; A. Enzman; E. Jurczak; W. Smith; R. Moudy; M. Angelo; J. Spangler-Weiss; S. Seitz; P. Hancock; J. Carten; P. Clarke; G. Aremu; K. Gelman; M. Dowd; J. Savarese; R. Allen; C. Pfeckl; E. Gallo; J. Meredith-Batchelor; M. Paige; C. Wood; T. Bloom; D. Nelson-Burney; T. Kerrine; P. Edmond; L. Steffes; C. Turnblacer; K. Romero; E. Tilley | Internal Amtrak communications with in-house counsel providing, requesting, or reflecting legal advice and/or made in anticipation of litigation/regulatory investigation regarding cost estimates for remediation of multiple sites | Attorney-Client Privilege; Work Product Doctrine | 297 |
| 22 | 4/30/85 - 4/30/14 | Email, PDF, DOC, XLS, PPT | **Attorneys:** W. Herrmann, Esq.; J. Roberts, Esq.; M. Stern, Esq.; J. Himmer, Esq.; **Client:** C. Rawlings; D. Stein; D. Thomas; P. Balderston; K. Rabin, D. Cook; M. Smith; R. Schraven; K. Campbell; J. O'Hara; C. Mandolia; R. Klein; C. Hayward; H. Henderson | Communications with counsel providing, requesting, or reflecting legal advice and/or made in anticipation of litigation/regulatory investigation regarding application, procurement, purchase, etc. of the Policies | Attorney-Client Privilege; Work Product Doctrine | 48 |
| 23 | 7/14/06 - 12/17/13 | Email, PDF, DOC, XLS | **Attorneys:** M. Stern, Esq; W. Herrmann, Esq.; J. Roberts, Esq. **Client:** B. Sheets; W. Kruce; D. Staback; C. Caldwell; C. Ross; C. Taccetta; A. Moore; J. e; D. Cook; D. Kovac; P. DeGal; M. Smith; S. Tyndell; W. Mills; C. Mandolia; T. Kerrine; D. Morgan, P. Leininger, W. Countess; M. Paige; M. Gagnon; C. Pfeckl; C. LoRusso; R. Mohlenhoff, R. Graham; R. Deitchman; A. Enzman; C. Wright **Consultants Assisting with Legal Advice and Defense Strategy:** B. Graney (US Equities); R. Devine (US Equities); W. DeKlerk (Marsh); D. Casey (Marsh); M. Blohm (KPMG); C. Bruns (EY); K. Yousaf (EY); L. Andres (EY); B. Carlson (EY) | Communications between Amtrak in-house counsel and outside consultants and auditors providing, requesting, or reflecting legal advice regarding Amtrak audits and referencing Amtrak Initial Sites or Other Sites | Attorney-Client Privilege; Work Product Doctrine | 91 |

| Category Number | Date Range | Document Types | Authors/Recipients/Copyees | Category Description | Privilege Asserted | Number of Documents Withheld |
|---|---|---|---|---|---|---|
| 24 | 7/10/93 - 6/27/14 | Email, PDF, DOC, XLS | **Attorneys:** C. Lanzon, Esq.; M. Stern, Esq.; W. Herrmann, Esq.; E. Acheson, Esq.; J. Himmer, Esq.; N. Sowa, Esq.; D. Herndon, Esq.; J. Roberts, Esq.; **Client:** C. Caldwell; R. Graham; R. Mohlenhoff; E. Jurczak; D. Cook; R. Allen; C. Ross; A. Enzman; W. Smith; R. Deitchman; J. Schweitzer; S. Riley; G. Sullivan; J. McCarron; J. McHugh; M. Bergeron; R. Costello, R. Schultz; J. Wood; C. Rawlings; R. Moudy; F. Trincia; C. Lento; C. Taccetta; S. McFaul; H. Pauley, B. Brill; C. Williams; J. White, C. Benson, J. Maxwell; R. Strolis; R. Carter, S. Koshy; J. Hines; J. Fedora; A. Feeley; F. Hill; M. Scaringe, P. Streets; J. Carrow; P. Balderston; J. Mann; K. McGarity; A. Misiaszek; W. Coleman; B. Jones; L. Speed; S. Coyle; R. McGarity; D. Mussington; R. Beelek; **Consultants Assisting with Legal Advice and Defense Strategy:** T. Dappas (AMEC); J. Powell (AMEC); S. Posten (AMEC); T. O'Brien (Arcadis); P. Delahunt (Arcadis); M. Emde (Amre); M. Noblet (Shaw Group); S. Price (PAC); P. Foreman (NSC); H. Hart (NSC), S. Bagget (Secor); K. Middleton (Secor); P. Miller (Stantec); F. Aceto (Stantec); J. Bowie (John Bowie Associates); R. Kovacs (Roux); S. Polsten (Amec); J. Duminuco (Roux); C. McGuckin (Roux); J. Zearfoss (Aon); J. White (Aon); R. Lang (Aon); J. Lacey (Aon); D. Bates (Aon); M. Palmieri (Aon); M. Blohm (KPMG); T. Swartz (Marsh); L. Andres (EY); B. Carlson (EY); H. Gregory (Roux); J. Johnsen (Stantec), J. Puckett (Stantec) | Communications involving Amtrak in-house counsel and outside consultants and auditors providing, requesting, or reflecting legal advice and/or made in anticipation of litigation/regulatory investigation regarding site contamination and/or remediation | Attorney-Client Privilege; Work Product Doctrine | 238 |

| Category Number | Date Range | Document Types | Authors/Recipients/Copyees | Category Description | Privilege Asserted | Number of Documents Withheld |
|---|---|---|---|---|---|---|
| 25 | 12/22/93 - 6/10/14 | Email, PDF, DOC | **Attorneys:** M. Stern, Esq.; J. Roberts, Esq.; W. Herrmann, Esq.; **Client:** A. Enzman; S. Riley; C. Caldwell; G. Sullivan; J. McCarron; J. McHugh; M. Bergeron, R. Costello; C. Schulz; R. Moudy; G. Dutton; R. Deitchman; R. Mohlenhoff; E. Watson; S. Falkenstein; C. Bateman; E. Jurczak; H. Pauley; V. Nesci; T. Farr; T. Beam; B. Bentley; B. Hudson; C. Lento; W. Fonda; D. Grow; T. Merena; M. Porto; M. Beauparlant; J. Jenifer; T. Mason; D. Klouda; E. Greene; W. Roche; R. Weinel; S. Metz; D. Young; J. Laffey; R. Moriarty; L. Baker; M. Thompson; A. Moore; S. Mann; J. Maxwell; C. Taccetta; S. Elyusuf; C. LoRusso; J. Grey; B. Hyten; J. Troxell; G. Brown; J. Schweitzer; M. Kapela; R. Olson; D. Fencil; A. Feeley; P. Rutherford; R. Miller; G. Lindenmuth; C. Cattafi; W. Forman; J. Flannery; J. Semliatschenko; E. Horta; C. Benson; R. Bernaski; D. Rewkowski; S. Young; M. Doyle; F. Ross; L. De Lago; M. McGaw; G. Parsa; T. Tompkins; J. Kremp; K. Hurley; T. Gordon; R. Zichello; C. Kopp; C. Matlack; G. Bray; R. Graham; D. Rezendes; P. Carver; C. Purcell; W. Mongillo; D. Triebel; B. Nealy; D. Bouteiller; R. Egidio; D. Auriemma; D. Freese, C. Ross; H. Seubert; S. Daly; R. Santini; J. Ingersoll; K. Flowers; S. Bagosy; B. Page; A. Marello; J. White; W. Smith; J. Wood; R. Gillig; W. Steward; P. Teeter; H. Conyers; L. Mozee; A. Girardi | Internal Amtrak communications with in-house counsel providing, requesting, or reflecting legal advice and/or made in anticipation of litigation/regulatory investigation regarding Corrective Action Plans for the Initial Sites/Sites | Attorney-Client Privilege; Work Product Doctrine | 151 |
| 26 | 10/29/97 - 7/14/14 | Email, PDF, DOC | **Attorneys:** N. Sowa, Esq.; J. Roberts, Esq.; M. Stern, Esq.; E. Acheson, Esq.; W. Herrmann, Esq.; D. Herndon, Esq.; D. Moore, Esq.; V. Brotski, Esq.; J. Himmer, Esq.; R. McCarthy, Esq.; **Client:** J. Gorman; C. Caldwell; T. Moritz; D. Galloway; M. Mack; E. Jurczak; R. Mohlenhoff; M. Collins; B. Looloian; M. Angelo; R. Deitchman; F. Ross; C. Benson; C. Taccetta; C. Cattafi; L. De Lago; J. Kremp; S. Kendrick; B. Naegele-Sakuma; C. Weed; G. Kazanjian; J. Savarse; K. McGrath; V. Mirante; J. Fedroff; C. Tarloski; G. Parsa; J. Maxwell; S. Falkenstein; M. DeCataldo; G. Sullivan; L. Steffes; A. Serfaty; C. LoRusso | Internal Amtrak communications with in-house counsel providing, requesting, or reflecting legal advice and/or made in anticipation of litigation/regulatory investigation regarding draft Consent Orders for the Initial Sites/Sites | Attorney-Client Privilege; Work Product Doctrine | 100 |

| Category Number | Date Range | Document Types | Authors/Recipients/Copyees | Category Description | Privilege Asserted | Number of Documents Withheld |
|---|---|---|---|---|---|---|
| 27 | 4/18/94 - 6/5/14 | Email, PDF, DOC, XLS | **Attorneys:** M. Stern, Esq.; E. Acheson, Esq.; C. Warren, Esq. (Kramer Levin); **Client:** S. McFaul; M. Barbara; W. Brody; C. Caldwell; D. Haffner; R. Hergegen; E. Jurczak; D. Klouda; R. Leal; A. Moore; W. Roche; F. Roeber; M. Savoy; J. LaSalle; E. Witham; C. LoRusso; R. Deitchman; W. Crosbie; M. Bergeron; E. Fremaux; S. Gardner; S. Lee; R. Phelps; R. Schmitt; F. Vacca; E. Cattafi; A. Enzman; R. Graham; J. Maxwell; R. Mohlenhoff; C. Pfleckl; J. Schweitzer; W. Smith; C. Taccetta; J. White; C. Wright; R. Bernaski; T. Clark; R. Cohee; M. DeCataldo; J. Deely; J. Duncan; G. Esposito; T. Farr; D. Fencil; G. Fitter; K. Gelman; J. Grey; M. Kapela; A. Marello; M. Murphy; R. Olson; D. Pesce; F. Ross; H. Steelman; J. Wall; J. Wood; L. Wood; J. Yannuzzi; S. Alleman; M. Angelo; C. Decker; D. Herendeen; B. Jones; M. Kelly; D. Lim; J. Rago; T. Schindler; G. Bray; T. Calderon; S. Elyusuf; A. Feeley; S. Gilmore; M. Henderson; G. Leblanc; C. Lento; J. Liddle; J. Matsumoto; R. Moudy; K. Moy; J. Riley; P. Rutherford; H. Seubert; S. Yan; L. Adams; J. Akers; E. Alderman; T. Andrews; L. Berberian; J. Bragger; T. Buscemi; G. Canadiate; J. Candlish; D. Caporal; P. Carver; R. Catania; M. Christensen; R. Cohee; T. Cooper; D. Cowan; D. Davis; S. Davis; R. Delgado; J. Drummond; P. Eastwood; R. Esposito; M. Fell; M. Fordham; T. Fortune; P. Fox; M. Golden; G. Gramelis; M. Hamilton; R. Hyatt; I. Ivan; M. Jerew; D. Jones; J. Keyes; J. Kremp; K. Laird; G. Lindenmuth; P. Lockard; L. Lohman; C. Matlack; Y. Mentz; A. Nardelli; S. Nazarenus; P. Nerkowski; G. Noto; T. OMalley; T. Omic; G. Palmer; D. Rezendes; M. Sadler; C. Scanlon; D. Schramm; J. Semliatschenko; J. Snowden; C. Jagodzinski; B. Melnkovic; D. Stadtler; K. Gibbons; M. Haynesworth; R. Strolis; D. Brown; J. Commer; B. Pohlot; M. Reid; D. Nichols; M. Yachmetz; R. Nanney; S. Metz; L. Fotiou; J. Ingersoll; S. Bagosy; S. Clinton; M. Oxner; T. Tompkins; E. Horta; J. Rodriguez; C. Tarloski; S. Wilchek; C. Benson; M. Doyle; D. Rewkowski; R. Miller; M. Bello; J. Moore; C. Eckhart; J. Krotz; C. Reuss; D. Karczeski; G. Mull; D. Freese; D. Provence; T. Kralle; D. Slimbock; T. Tipping; S. Mann; K. Hurley; R. Zichello; C. Kopp; J. Flannery; C. Ross; A. Girardi | Communications with counsel providing, requesting, or reflecting legal advice and/or made in anticipation of litigation/regulatory investigation regarding Audit Findings Reports | Attorney-Client Privilege; Work Product Doctrine | 120 |

Case 1:14-cv-04717-FB-RLM   Document 255-3   Filed 11/23/15   Page 16 of 20 PageID #: 2395

| Category Number | Date Range | Document Types | Authors/Recipients/Copyees | Category Description | Privilege Asserted | Number of Documents Withheld |
|---|---|---|---|---|---|---|
| 28 | 2/13/06 - 9/5/13 | Email, PDF, DOC | **Attorneys:** E. Acheson, Esq.; M. Stern, Esq.; **Client:** C. Caldwell; R. Strolis; R. Nanney, M. Haynesworth; M. Antonelli; M. Bergeron; R. Deitchman; E Fremaux; S. Gardner; C. Jagodzinski; B. Melnkovic; S. Reinertson; F. Vacca; D. Stadtler; B. Thorpe; E. Cattafi; A. Enzman; K. Gibbons; R. Graham; E. Jurczak; S. Mann; R. Mohlenhoff; A. Moore; C. Pflecki; J. Schweitzer; W. Smith; C. Taccetta; J. White; M. Angelo; D. Lim; J. Rago; T. Schindler; S. Lee; R. Phelps; A. Szczepanska; J. Maxwell; R. Bernaski; T. Clark; J. Commer, M. DeCataldo; J. Duncan; G. Esposito; S. Falkenstein; T. Farr, D. Fencil; G. Fitter; K. Gelman; J. Grey; R. Herdegen; M. Kapela; D. Klouda; K. Laird; A. Marello; M. Murphy; A. Nardelli; R. Olson; D. Pesce; J. Pielli; J. Richter; F. Ross; M. Sherlock; L. Slimbock; H. Steelman; J. Wall; J. Wood; L. Wood; J. Yannuzzi; C. Decker; B. Jones; M. Kelly; J. Bragger; W. Breneman; D. Brown; J. Candlish; D. Caporal; R. Catania; L. De Lago; J. Flannery; P. Fox; D. Karczeski; G. Kredensor, J. Kremp; G. Lindenmuth; P. Lockard; C. Matlack; S. Nazarenus; G. Noto; D. Rezendes; G. Bray; T. Calderon; S. Elyusuf; A. Feeley; M. Henderson; G. Leblanc; C. Lento; J. Liddle; G. Long; J. Matsumoto; S. McFaul; R. Moudy; K. Moy; J. Riley; P. Rutherford; H. Seubert; S. Yan; D. Young; E. Alderman; P. Carver, M. Christensen; D. Cowan; D. Davis; R. Delgado; M. Fell; I. Ivan; L. Lohman; G. Palmer; D. Schramm; B. Berger; S. Botos; B. Boyle; W. Brody; D. Burlic; H. Calvert; F. Cunningham; M. Dant; R. Davis; J. Destreza; R. Esposito; B. Flynn; R. Fox; M. Golden; C. Grenier; R. Haynes; P. Keyes; J. Krotz; B. Lehmann; J. McKay; W. Mongillo; M. Petriccione; C. Robertson; T. Shearer; J. Silencieux; T. Thomas; S. Violetti; D. Williams; L. Adams; J. Akers; T. Andrews; L. Berberian; T. Buscemi; G. Canadiate; S. Davis; J. Drummond; P. Eastwood; M. Fordham; T. Fortune; G. Gramelis; M. Hamilton; R. Hyatt; M. Jerew, D. Jones; Y. Mentz; P. Nerkowski; T. Onic; M. Sadler; C. Scanlon; J. Snowden; K. Uznanski; W. Duggan; M. Van Renselaar; C. Wright; M. Reid; J. Raymond; G. Hutchinson; D. Nichols; B. Pohlot; J. Peacock; R. Costello; C. LoRusso; C. Ross; T. Johnson; W. Crosbie; S. Alleman; D. Copland; B. Coulson; J. Deely; J. Eaton; K. Gordon; J. Grella; M. Greskowiak-Kosiara; K. Hill; S. Hill; C. Ruppert; R. Schmitt; C. Suchy; T. Wiley; C. Williams; V. Zare; P. Zavala; J. Hartman; G. Sitter | EMS Steering Committee Meeting Minutes reflecting legal advice from in-house counsel and/or made in anticipation of litigation/regulatory investigation regarding remediation of the Initial Sites or Other Sites | Attorney-Client Privilege; Work Product Doctrine | 242 |
| 29 | 2/21/80 - 9/1/92 | Memoranda | **Attorneys:** J. Davis, Esq.; S. Gell, Esq.; T. Sharp, Esq. **Client:** R. Perry; A. Misiaszek; R. Lawson; C. Wahmann; J. Shoemaker, J. Bonelli | Communications among Amtrak counsel and employees providing, requesting, or reflecting legal advice and/or made in anticipation of litigation regarding noise studies | Attorney-Client Privilege; Work Product Doctrine | 3 |

| Category Number | Date Range | Document Types | Authors/Recipients/Copyees | Category Description | Privilege Asserted | Number of Documents Withheld |
|---|---|---|---|---|---|---|
| 30 | 5/5/80 - 6/5/09 | Email; Memoranda | **Attorneys:** J. Roberts, Esq.; D. Moore, Esq.; M. Grad, Esq.; D. Damico, Esq. (Burns, White & Hickton); S. Denman, Esq. (Obermayer, Rebmann, Maxwell & Hippel); E. Acheson, Esq.; M. Stern, Esq.; V. Ryerson, Esq.; S. Gell, Esq. **Client:** P. Hall; M. Pollick; J. Skinner; A. Misiaszek; C. Bianco; R. Noonan; M. Meana; R. Noonan; R. Schraven; C. Mandolia; R. Deitchman; B. Wagner; R. Allen; S. Moseley; J. Hamilton; N. Winschel; H. Jessen; R. Prater; J. McCaffrey; E. Lynch; A. Edelston; A. Cooper; D. Sheehan; J. Kuebler; H. McCall; D. Pross; C. Black; J. Bress; L. Green; B. Looloian; W. Maguire; F. Vacca; B. Brill; M. Dagen, C. Williams; C. Caldwell; H. Pauley; V. Zare; J. Roseman; J. Bonelli; W. Riley; K. Burks; F. Abate, W. Barrick | Communications among Amtrak counsel and Amtrak employees providing, requesting, or reflecting legal advice and/or made in anticipation of litigation regarding alleged asbestos injuries | Attorney-Client Privilege; Work Product Doctrine | 14 |
| 31 | 5/5/92 - 6/6/96 | Memoranda | **Attorneys:** K. Mason, Esq. (Gundlach, Lee, Eggman, Boyle & Roessler); P. Gallagher, Esq. (Gallagher, Reilly & Lachat); S. Gell, Esq. **Client:** A. Misiaszek; K. Burks; J. Dearlove; T. DeDea; P. Reilly; R. Noonan | Communications among Amtrak counsel and employees providing, requesting, or reflecting legal advice and/or made in anticipation of litigation regarding alleged carpal tunnel injuries | Attorney-Client Privilege; Work Product Doctrine | 6 |
| 32 | 1/6/90 - 10/30/02 | Memoranda | **Attorneys:** J. Roberts, Esq.; M. Stern, Esq.; E. Rooks, Esq. (Melkus & Fleming); A. Melkus, Esq.; S. Gell, Esq. **Client:** P. Reilly; G. Joyce; R. Noonan; T. Shiplett; A. Misiaszek; T. Shiplett; R. Noonan; S. Bohnoff; C. Caldwell; C. Lin; L. Murdock; R. Deitchman; M. Meana; J. Hammond; T. Gillespie | Communications among Amtrak counsel and employees providing, requesting, or reflecting legal advice and/or made in anticipation of litigation regarding alleged chemical exposure injuries | Attorney-Client Privilege; Work Product Doctrine | 17 |
| 33 | 2/16/77 - 11/10/89 | Memoranda | **Attorneys:** A. Mondello, Esq.; J. Roberts, Esq.; D. Moore, Esq.; N. Resnick, Esq. (Margolis, Edelstein, Scherlis, Sarowitz, & Kraemer); D. Moore, Esq.; T. Kerrine, Esq.; N. Resnick, Esq. (Margolis, Edelstein, Scherlis, Sarowitz, & Kraemer); M. Grad, Esq.; T. Sharp, Esq. **Client:** T. Brzozowski; M. Smith, J. Hamilton; R. Noonan; C. Lin; B. Gordon; A. Olson; B. Wonnel; D. Beatty; P. Riley | Communications among Amtrak counsel and employees providing, requesting, or reflecting legal advice and/or made in anticipation of litigation regarding prior litigation proceedings concerning Paoli Yard, Eunice Brown | Attorney-Client Privilege; Work Product Doctrine | 15 |

| Category Number | Date Range | Document Types | Authors/Recipients/Copyees | Category Description | Privilege Asserted | Number of Documents Withheld |
|---|---|---|---|---|---|---|
| 34 | 5/20/75 - 9/8/08 | Email; Memoranda | **Attorneys:** J. Roberts, Esq.; J. Homer, Esq. (Parkowski & Guerke); C. Price, Esq. (Potter, Anderson & Corroon) S. Gell, Esq.; S. Jackson, Esq. (Willcox & Savage); D. Thomas, Esq.; P. Mickey, Jr., Esq.; V. Ryerson, Esq.; D. Carol, Esq.; D. Winkler, Esq.; D. Moore, Esq.; E. Kelly, Esq.; J. Watman, Esq. (Siff Rosen); C. Mandolia, Esq.; M. Landman, Esq.; W. Erkelenz, Esq.; A. Savitz, Esq. (Coopers & Lybrand); S. Twardy, Jr Esq.; S. Price, Jr., Esq. (Potter, Anderson & Corroon); K. Reich, Esq. (Edwards & Angell) **Client:** R. Noonan; A. Edelston; C. VanderClute; P. Cannito; B. LaRosa; M. Malone; S. Baggett; J. Hamilton; C. Bianco; A. Misiaszek; D. Sullivan; E. Eden; F. Abate; T. Hackney; J. Crawford; R. Johnson; P. Longhelt; R. McGowan; R. Townsend; R. Ambelang; K. Watkins; C. Williams; W. LaMarche; A. Boyd; R. Herman; H. Gall; R. Lawson; M. Kagan; T. Farooqi; J. Michel; K. Kulick; J. Williams; F. King; R. Medvecky; C. Lin; R. Andes; J. Bellino; L. Gilson; C. Foryst; T. Brzozowski; D. Rewkowski; R. Burk; D. Staplin; J. Hutchison; T. Floyd; R. Bruss; S. Van Treese; L. Eades; F. Kemerer; G. Tomey; R. Deitchman; L. Morasco; C. Walmann; J. Shoemaker; J. Piet; J. Hackenbracht; W. Abrams; W. Reynolds; C. Marazzo; R. Jacobsen; J. Cira; S. Spence; W. Grimmer; T. O'Grady; H. Oliver; J. Anderson; R. Dennehy, Jr.; C. Steinheimer; J. McCarthy; R. Eyrich; B. Tripoli; R. Roop; P. Driscoll; R. Knight; V. Nesci; J. Forgione; E. Bagley, Jr.; J. Vanderbosch; F. Fulton; W. Lydon; J. Cunningham; N. Mann; M. Meana; H. Henderson; H. Shaw; A. DeAngelo; G. Ellis; K. Felsburg, Jr.; J. Larson; A. Cooper; J. Duncan; A. Candenquist; S. Anderson; F. Williams, Jr.; J. Harden; R. Mohlenhoff; P. Hank; P. Colliere; B. Brill; J. Maxwell; R. Prater; M. Gouin; R. Snow; T. Pinsky; C. Hayward; J. Heisinger; H. Glembocki; G. Warrington; D. Zurowski; G. Mallory; S. Duggin; E. Jurczak; S. McClarty; E. Webb; R. Meyers; M. Green; P. Mead; J. Pearson; M. Walbrun; J. Pickett; C. Caldwell; T. Downs **Consultants Assisting with Legal Advice and Defense Strategy:** F. Aceto (Fluor Daniel GTI); R. McLean, M.D. (Washington Occupational Health Associates); M. Noblett (IT) | Communications among Amtrak counsel, Amtrak employees and consultants providing, requesting, or reflecting legal advice and/or made in anticipation of litigation re: handling, recordkeeping, regulations, or litigation concerning PCBs or Freon | Attorney-Client Privilege; Work Product Doctrine | 189 |

| Category Number | Date Range | Document Types | Authors/Recipients/Copyees | Category Description | Privilege Asserted | Number of Documents Withheld |
|---|---|---|---|---|---|---|
| 35 | 5/5/76 - 8/20/04 | Email; Memoranda | **Attorneys:** D. Moore, Esq.; J. Roberts, Esq.; S. Rogers, Esq.; M. Stern, Esq.; N. Sowa, Esq.; D. Winkler, Esq.; T. Sharp, Esq.; S. Gell, Esq. **Client:** R. Noonan; C. Bianco; R. Scolaro; A. Conway-Smith; C. Lin; M. Meana; A. Misiaszek; R. McDonough; F. Jackson; D. Gudnus; B. LaRosa; C. Williams; M. Pollick; E. Jurczak; L. Murdock; L. Williams; P. Hall; J. Skinner; P. Leahy; D. Reynolds; R. Fortin; J. Kuebler; R. Mohlenhoff; D. Duke; D. Rewkowski; J. Peck; S. Jackson; J. Pickett; D. Sullivan; A. McMahon; G. Warrington; E. Bagley; P. Turrell; C. Bothwell; A. Smith; R. Witt; S. Audette; J. Bennett; K. Clark; T. Slottow; R. Yager; A. Edelston; I. Oncu; D. Zurowski; G. Samuel; B. Balanda; L. Bullock; P. Cannito; A. DeAngelo; R. Gall; D. Gentry; T. Gillespie; J. Lange; N. Mann; N. Overton; E. Wander; F. Weiderhold; T. Downs; F. King; N. Goodrich; B. Pike; P. Reilly; T. Brosnahan; E. Reveal; C. Caldwell; C. Ross; R. Deitchman; M. Smith; J. Schweitzer; F. Sobota; R. Schraven; R. Allen; P. Graham; E. Kelly; J. Hamilton; J. Bodden; J. Lackovic; R. Fortin; F. Knapp; G. Mallery; A. Boyd; W. Daly; S. Deck; C. McClelland; S. Audet; J. Michel; J. Pawk; F. Kemerer; J. Weisburgh; W. Caproni; E. Mastercola; J. Sousa; S. Duggin; R. Dubow; A. Anderson-Lawson; L. Ray; K. Gelman; A. Hoey; M. Oliveri; C. Jordan; D. Black; K. McLIvoy; A. Olson; D. Beatty; H. Cohen; R. Herman; W. Hall; C. Hayward; V. Pandit; J. Grella; F. Williams; W. Coleman; G. DeCataldo; A. Fazio; J. Devito; F. Vergara; P. Davey; R. Lavelle; H. Pauley; W. Mills | Communications among Amtrak counsel and employees providing, requesting, or reflecting legal advice and/or made in anticipation of litigation regarding environmental expenditures | Attorney-Client Privilege; Work Product Doctrine | 137 |
| 36 | 7/30/93 - 5/19/04 | Memoranda | **Attorneys:** J. Roberts, Esq.; M. Stern, Esq. **Client:** A. Edelston; C. Lin; R. Burk; R. Noonan; W. Crosbie; D. Hughes; J. Klein; J. Klein; E. Walker; R. Deitchman; J. Jackson; J. Gydos | Communications among Amtrak counsel and employees providing, requesting, or reflecting legal advice regarding locomotive idling | Attorney-Client Privilege | 2 |
| 37 | 5/4/89 - 11/30/00 | Email; Memoranda | **Attorneys:** J. Roberts, Esq.; M. Stern, Esq. **Client:** A. Edelston; J. Cunningham; R. Meyers; W. Lydon; B. Pohlot; J. Adams; J. Pierce; K. Kulick; P. Cooley, Jr.; W. Barrick; F. Vacca; M. Berryhill; B. Tripoli; J. Buzzuro; J. Fallowfield; J. Hannaford; J. DeVito; M. Pollick; J. Skinner; M. Meana; R. Andes; R. Noonan; A. Candenquist; R. Cramer; B. Ahern; K. Burks; D. Rewkowski; J. Kuebler; E. Pederson; F. Williams, Jr.; C. Strehlein; J. Duncan; E. Baglio; R. Deitchman; C. Ross; L. Armstrong; J. Carter; J. Freundel; M. Oliveri; L. Hedges; F. Kemerer; J. Michel; R. VanderClute; M. Wheeler | Communications among Amtrak counsel and employees providing, requesting, or reflecting legal advice regarding record retention | Attorney-Client Privilege | 12 |

| Category Number | Date Range | Document Types | Authors/Recipients/Copyees | Category Description | Privilege Asserted | Number of Documents Withheld |
|---|---|---|---|---|---|---|
| 38 | 6/4/80 - 4/26/00 | Email; Memoranda | **Attorneys:** F. Ohly, Esq.; J. Roberts, Esq.; M. Stern, Esq.; K. Reich, Esq. (Edwards & Angell); V. Ryerson, Esq.; P. Mickey, Jr., Esq.; W. Erkelenz, Esq.; S. Rogers, Esq.; C. Klein, Esq.; D. Moore, Esq. **Client:** R. VanderClute; A. Edelston; J. Baesch; J. Johnston; C. Autro; E. Bagley; D. Beatty; C. Brown; G. DeCataldo; R. Scolaro; S. Bruno; G. Hester; L. Stearns; B. Ahern; K. Burks; J. Duncan; R. Cramer; J. Kuebler; E. Pederson; R. Prater; D. Rewkowski; C. Strehlein; C. Wahman; R. Herman; J. Larson; C. Lin; M. Meana; A. Candenquist; C. Bianco; C. Cooke; R. Noonan; E. Jurczak; L. Beard; G. Binns; A. Misiaszek; J. Peck; F. Jackson; D. Sheehan; L. Murdock; C. Williams; M. Pollick; R. Mohlenhoff; R. LaRosa; F. Claar, P. Hall; J. Skinner; J. Parola; J. Goodlet; S. Gilardi; P. Leahy; C. Cox; D. Reynolds; H. McCall; J. Fike; T. Lannigan; F. Hester; R. Franz; T. Rennegarbe; S. Peterson; R. Pratt; D. Dawson; D. Stencil; T. McCann; H. Marcell; T. McConnell; R. Deitchman; H. Gall; A. Boyd; R. Lawson; T. Hackney, Jr.; R. Simonen; L. Bullock; P. Cannito; G. Devecchis; S. Forczek; J. Moon; P. Turrell; G. Reinoehl; D. Powell; G. Pitz; J. Walls; N. Pearson; J. Michel; B. Tripoli; F. Lobaugh; E. Webb; P. LaClair; S. McClarty; K. Kass; C. Mandolia; K. Flowers; W. Crosbie; E. Walker; H. Pauley; B. Brill; T. Milles | Communications among Amtrak counsel and employees providing, requesting, or reflecting legal advice and/or made in anticipation of litigation regarding fuel spills and diesel fuel contamination | Attorney-Client Privilege; Work Product Doctrine | 44 |
| 39 | 4/12/84 - 6/23/88 | Memoranda | **Attorneys:** C. Mitchell, Esq. (Hudson, Leftwich & Davenport); H. Cohen, Esq. (Hudson, Leftwich & Davenport); J. Roberts, Esq. **Client:** R. Noonan; R. VanderClute; R. Herman; D. Beatty; J. Kuebler; J. Hackenbracht | Communications among Amtrak counsel and employees providing, requesting, or reflecting legal advice regarding right-to-know laws | Attorney-Client Privilege | 8 |

Page 19