

266 Post Road East
Westport, CT 06880
203.221.3100
203.221.3199/fax

261 Madison Avenue
26th Floor
New York, NY 10016
212.682.5700
212.682.5797/fax
www.mayalaw.com

February 23, 2018

<u>VIA ELECTRONIC FILING</u>

Hon. Roanne L. Mann
United States District Court, E.D.N.Y.
225 Cadman Plaza West
Brooklyn, New York 11201

      Re:    *Certain Underwriters at Lloyd's London, et al. v. National Railroad Passenger Corporation, et al.*, ECF Case 14-CV-04717-FB-RLM

Dear Judge Mann:

    Along with John S. Favate, Esq., Arthur A. Povelones, Jr., Esq., and George Hardin, Esq. of the Hardin, Kundla, McKeon & Poletto, P.A. law firm, I represent The Continental Insurance Company, as successor in interest to certain policies issued by Harbor Insurance Company, and as successor by merger to Pacific Insurance Company ("Continental") in the above matter.

    This letter is being sent in accordance with Local Rule 1.4. By this letter motion, I respectfully request that the Court grant leave to the undersigned and to Kathy Frost, Esq., who is admitted *pro hac vice*, to withdraw from this matter as counsel for Continental and that my name and Ms. Frost's be removed from the counsel list, because we have changed employers and no longer work with our prior firm, Elenius Frost & Walsh.

    Continental will continue to be represented in this matter by Messrs. Favate, Povolones and Hardin, who also have Appearances on file.

    Neither Ms. Frost nor I are asserting a retaining or charging lien.



Thank you for your consideration.

Respectfully Submitted,

**MAYA MURPHY, P.C.**

By: _____/s/_____
William P. Lalor, Esq.

SO ORDERED _____