UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.,<br><br>        Defendants. | Case No. 1:14-cv-04717-FB-RLM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO CLAIMS BETWEEN AMTRAK AND YOSEMITE INSURANCE COMPANY PURSUANT TO FED. R. CIV. P. 41** |

Defendant National Railroad Passenger Corporation ("Amtrak") and Co-Defendant Yosemite Insurance Company ("Yosemite"), through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41, stipulate and agree that all claims, including all claims, cross-claims, counter-claims, and other claims, between Amtrak and Yosemite in the above-captioned case are dismissed **with prejudice**, the parties to bear their own costs and fees. All of Amtrak's claims against other parties in the case are not dismissed and remain.

   **SO ORDERED:** _____

      **DATED:** _____

Case 1:14-cv-04717-FB-RLM   Document 852   Filed 05/23/18   Page 2 of 2 PageID #: 60589

Agreed to on May 23, 2018 by:

By: /s/ Mark W. Zimmerman.
    Mark W. Zimmerman (*pro hac vice*)
    mzimmerman@clausen.com
    Clausen Miller P.C.
    10 S. LaSalle Street , Suite 1600
    Chicago, IL 60603
    (312) 855-1010

    Steven J. Fried
    sfried@clausen.com
    28 Liberty Street, 39th Floor
    New York, NY 10005
    Phone: (212) 805-3900

*Attorneys for Defendant Yosemite Insurance Company*

By: /s/ Rhonda D. Orin
    Rhonda D. Orin
    rorin@andersonkill.com
    Daniel J. Healy
    dhealy@andersonkill.com
    Stephen D. Palley (*pro hac vice*)
    spalley@andersonkill.com
    **ANDERSON KILL, L.L.P.**
    1717 Pennsylvania Avenue, N.W.
    Washington, DC  20006
    Telephone:  202-416-6500

*Attorneys for National Railroad Passenger Corporation*