# ANDERSON KILL, L.L.P.

Attorneys and Counselors at Law

1717 PENNSYLVANIA AVENUE, SUITE 200 ■ WASHINGTON, DC 20006
TELEPHONE: 202-416-6500 ■ FAX: 202-416-6555
www.andersonkill.com

Rhonda D. Orin, Esq.
rorin@andersonkill.com
(202) 416-6549

June 11, 2018

**Electronically Filed**

Hon. Frederic Block
United States District Judge for the
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *LMI v. National Railroad Passenger Corporation et al.*, Case No.: 14-cv-4717 (FB)(RLM)(EDNY)

Dear Judge Block:

    In light of the Court's Electronic Order of today's date, Defendant National Railroad Passenger Corporation ("Amtrak") does not intend to file a letter response under LCR 6.3 and paragraph 2.A of Your Honor's procedures in response to Plaintiffs London Market Insurers' ("LMI") June 6 request for a pre-motion conference. [Dkt. #854]. Amtrak will respond to LMI's argument in the round of briefing the Court stated it will prescribe for the remaining issues in Stage One of the case. Amtrak reserves all rights with respect to the arguments raised by LMI.

                    Respectfully submitted,

                    /s/

                    Rhonda D. Orin
                    Daniel J. Healy
                    Stephen D. Palley

cc: All Counsel of Record