UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, et al., Plaintiffs, v. NATIONAL RAILROAD PASSENGER CORPORATION, et al., Defendants. | Case No. 1:14-cv-04717-FB-RLM NOTICE OF APPEARANCE |

TO: Clerk of this Court and Counsel of Record

PLEASE TAKE NOTICE that the undersigned counsel hereby appears for defendant Century Indemnity Company in the above captioned action and requests that all further pleadings and papers in this action be served upon, and correspondence directed to, the undersigned counsel at the address provided below.

New York, New York
Dated: June 29, 2018

CROWELL & MORING LLP

/s/ William M. Popalisky
William M. Popalisky
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 895-4334
Fax: (212) 223-4134
wpopalisky@crowell.com

*Attorneys for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, and (ii) CIGNA Specialty Insurance Company, formerly known as California Union Insurance Company*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 29, 2018, I served the foregoing Notice of Appearance on all parties that have appeared in this action and have requested receipt of service via ECF Filing System.

                  /s/ William M. Popalisky
                  William M. Popalisky