**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, et al., <br><br>                Plaintiffs, <br><br>     v. <br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et al., <br><br>                Defendants. | Case No. 1:14-cv-04717-FB-RLM <br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO CLAIMS BETWEEN AMTRAK AND ARGONAUT INSURANCE COMPANY PURSUANT TO FED. R. CIV. P. 41** |

Defendant National Railroad Passenger Corporation ("Amtrak") and Co-Defendant Argonaut Insurance Company ("Argonaut"), through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41, stipulate and agree that all claims, including all claims, cross-claims, counter-claims, and other claims, between Amtrak and Argonaut in the above-captioned case are dismissed **with prejudice**, the parties to bear their own costs and fees. All of Amtrak's claims against other parties in the case are not dismissed and remain.

**SO ORDERED:** _____

**DATED:** _____

Agreed to on June __, 2018 by:


By:  /s/ Brian M. Reid  
    Brian M. Reid, Esq. (*pro hac vice*)  
    reid@litchfieldcavo.com  
    Litchfield Cavo LLP  
    303 West Madison Street, Suite 300  
    Chicago, IL 60606-3300  
    (312) 781-6617  

    Christopher A. Long  
    clong@lichfieldcavo.com  
    420 Lexington Avenue, Suite 2104  
    New York, NY 10170  
    Phone: (212) 434-0100  

*Attorneys for Defendant Argonaut Insurance Company*

By:  /s/ Rhonda D. Orin  
    Rhonda D. Orin  
    rorin@andersonkill.com  
    Daniel J. Healy  
    dhealy@andersonkill.com mailto:  
    Stephen D. Palley (*pro hac vice*)  
    spalley@andersonkill.com  
    **ANDERSON KILL, L.L.P.**  
    1717 Pennsylvania Avenue, N.W.  
    Washington, DC  20006  
    Telephone:  202-416-6500  

*Attorneys for National Railroad Passenger Corporation*