UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION, *et al.*, <br><br> Defendants. | Case No. 1:14-cv-04717-FB-RLM |

## NOTICE OF CHANGE OF ADDRESS

TO:  THE CLERK OF COURT AND ALL COUNSEL OF RECORD

Please take notice that, effective July 29, 2018, Lewis Baach Kaufmann Middlemiss PLLC has a new mailing address. Please update your records for the listed attorneys with the address listed below. The firm's phone number and attorney email addresses remain the same. We respectfully request that the Clerk of Court and counsel amend their records accordingly.

Lewis Baach Kaufmann Middlemiss PLLC
1101 New York Avenue, N.W., Suite 1000
Washington, D.C.  20005

Dated:  August 14, 2018              Respectfully submitted,

By:  /s/ Joseph L. Ruby
Joseph L. Ruby
Martin R. Baach *(pro hac vice)*
Mark J. Leimkuhler *(pro hac vice)*
Aisha E.R. Bembry *(pro hac vice)*
Jessica L. Buckwalter *(pro hac vice)*

*Counsel for London Market Insurers*