**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, *et al.*, <br>                                     Plaintiffs, <br><br>                    v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION, *et al.*, <br>                                     Defendants. | Case No. 1:14-cv-04717-FB-RLM |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41 BY ALL PLAINTIFFS AND DEFENDANT**
**NATIONAL RAILROAD PASSENGER CORPORATION WITH RESPECT TO NAMED**
**DEFENDANTS WHICH HAVE NOT ENTERED AN APPEARANCE**

All plaintiffs in this action (hereinafter, "London Market Insurers") and defendant National Railroad Passenger Corporation (hereinafter, "Amtrak"), through their undersigned counsel and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate and agree to dismiss **without prejudice** any and all claims in the above-captioned action asserted by either of them against any named defendant which has not entered an appearance, with London Market Insurers and Amtrak each to bear their own respective costs, expenses, and counsel fees with respect to such claims.

SO ORDERED: _____

Dated: _____

Signed and agreed this 18th day of December 2018:

By: *s/*  
Joseph L. Ruby  
Mark J. Leimkuhler (pro hac vice)  
Aisha E. Bembry (pro hac vice)  
**LEWIS BAACH KAUFMANN**  
    **MIDDLEMISS PLLC**  
1101 New York Avenue, N.W., Suite 1000  
Washington, DC 20005  
202-833-8900  
*Counsel for Plaintiffs London Market Insurers*

By: *s/*  
Rhonda D. Orin  
Daniel J. Healy  
Stephen D. Palley  
**ANDERSON KILL, LLP**  
1717 Pennsylvania Avenue, N.W., Suite 200  
Washington, DC 20006  
202-416-6500  
*Counsel for Defendant National Railroad*  
    *Passenger Corporation*