**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, *et al.*,
Plaintiffs,

v.

NATIONAL RAILROAD PASSENGER CORPORATION, *et al.*,
Defendants.

Case No. 1:14-cv-04717-FB-RLM

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41 BY ALL PLAINTIFFS AND DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION WITH RESPECT TO NAMED DEFENDANTS WHICH HAVE NOT ENTERED AN APPEARANCE**

All plaintiffs in this action (hereinafter, "London Market Insurers") and defendant National Railroad Passenger Corporation (hereinafter, "Amtrak"), through their undersigned counsel and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate and agree to dismiss **without prejudice** any and all claims in the above-captioned action asserted by either of them against any named defendant which has not entered an appearance, with London Market Insurers and Amtrak each to bear their own respective costs, expenses, and counsel fees with respect to such claims.

SO ORDERED: /S/ Frederic Block, U.S.D.J.

Dated: 12/18/2018

Signed and agreed this 18th day of December 2018:

By: s/_______________________________
Joseph L. Ruby
Mark J. Leimkuhler (pro hac vice)
Aisha E. Bembry (pro hac vice)
**LEWIS BAACH KAUFMANN MIDDLEMISS PLLC**
1101 New York Avenue, N.W., Suite 1000
Washington, DC 20005
202-833-8900
*Counsel for Plaintiffs London Market Insurers*

By: s/_______________________________
Rhonda D. Orin
Daniel J. Healy
Stephen D. Palley
**ANDERSON KILL, LLP**
1717 Pennsylvania Avenue, N.W., Suite 200
Washington, DC 20006
202-416-6500
*Counsel for Defendant National Railroad Passenger Corporation*