December 18, 2018

*Filed on CM/ECF*
Hon. Frederic Block
United States District Judge for the
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *LMI v. National Railroad Passenger Corporation et al.*, Case No.:  14-cv-4717 (FB)(RLM)(EDNY)

Dear Judge Block:

  The undersigned are pleased to advise the Court that defendant National Railroad Passenger Corporation ("Amtrak") and all plaintiffs in this action ("London Market Insurers") have reached a settlement which resolves the claims between them.  We refer the Court to the stipulations of dismissal filed earlier today (D.E. #864 and 865).

  Respectfully submitted,    Respectfully submitted,


*s/*  _____   *s/*  _____

Joseph L. Ruby       Rhonda D. Orin
Mark J. Leimkuhler      Daniel J. Healy
Aisha E. Bembry       Stephen D. Palley


cc:  All Counsel of Record (*by ECF*)