**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION, et al., <br><br> Defendants. | Case No. 1:14-cv-04717-FB-RLM <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN AMTRAK AND EURINCO PURSUANT TO FED. R. CIV. P. 41** |

Defendant National Railroad Passenger Corporation ("Amtrak") and Eurinco Allgemeine Versicherungs Aktiengesellschaft ("Eurinco"), through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41, stipulate and agree that any and all claims in this action between Amtrak and Eurinco against each other are dismissed **with prejudice**. The parties ask this Court to retain jurisdiction over these claims until 40 business days after the date this order is entered to allow time for certain obligations to be performed.

The parties each shall bear their own respective costs, expenses, and counsel fees.


SO ORDERED: _____

Dated: _____

Agreed to on December 19, 2018 by:

| | |
|---|---|
| *s/ Christopher Scott D'Angelo* | *s/ Rhonda D. Orin* |
| Christopher Scott D'Angelo | Rhonda D. Orin |
| cdangelo@mmwr.com | rorin@andersonkill.com |
| Montgomery McCracken Walker | Daniel J. Healy |
|    & Rhoads LLP | dhealy@andersonkill.com |
| 1735 Market Street | Stephen D. Palley |
| 21st Floor | spalley@andersonkill.com |
| Philadelphia, PA 19103-7505 | Anderson Kill, LLP |
| (215) 772-7397 | 1717 Pennsylvania Avenue, NW |
| | Washington, DC 20006 |
| *Attorneys for Eurinco Algemeine Versicherungs Aktiengesellschaft* | (202) 416-6500 |
| | *Attorneys for National Railroad Passenger Corporation* |