**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON, et al.,

                    Plaintiffs,

       v.

NATIONAL RAILROAD PASSENGER
CORPORATION, et al.,

                  Defendants.

Case No. 1:14-cv-04717-FB-RLM

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE AS TO ALLSTATE**
**INSURANCE COMPANY SOLELY AS**
**SUCCESSOR-IN-INTEREST TO**
**NORTHBROOK EXCESS AND SURPLUS**
**INSURANCE COMPANY, FORMERLY**
**NORTHBROOK INSURANCE**
**COMPANY PURSUANT TO**
**FED. R. CIV. P. 41**

Defendant National Railroad Passenger Corporation ("Amtrak") and Co-Defendant Allstate Insurance Company solely as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company, incorrectly sued herein as Allstate Insurance Company and Northbrook Insurance Company ("Allstate"), through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41, stipulate and agree that any and all claims, including any and all claims, cross-claims, counter-claims, and other claims, between Amtrak and Allstate are dismissed **with prejudice**.  With regard to the dismissed claims, the parties each shall bear their own respective costs, expenses, and counsel fees.

SO ORDERED: _____

Dated: _____

Agreed to on December 19, 2018 by:


s/_____          s/_____
Lawrence A. Levy                            Rhonda D. Orin
larry.levy@rivkin.com                       rorin@andersonkill.com
Michael Kotula                              Daniel J. Healy
michael.kotula@rivkin.com                   dhealy@andersonkill.com
Anthony Gambardella                         Stephen D. Palley
anthony.gambardella@rivkin.com              spalley@andersonkill.com
Rivkin Radler                               Anderson Kill, LLP
926 RXR Plaza                               1717 Pennsylvania Avenue, NW
Uniondale, NY 11556-0926                    Washington, DC 20006
(516) 357-3000                               (202) 416-6500

*Attorneys for Allstate Insurance Company*   *Attorneys for National Railroad Passenger*
*solely as successor in interest to Northbrook*  *Corporation*
*Excess and Surplus Insurance Company,*
*formerly Northbrook Insurance Company,*
*incorrectly sued herein as Allstate Insurance*
*Company and Northbrook Insurance Company*

2