**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.,<br><br>      Defendants. | Case No. 1:14-cv-04717-FB-RLM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALLSTATE INSURANCE COMPANY SOLELY AS SUCCESSOR-IN-INTEREST TO NORTHBROOK EXCESS AND SURPLUS INSURANCE COMPANY, FORMERLY NORTHBROOK INSURANCE COMPANY PURSUANT TO FED. R. CIV. P. 41** |

  Defendant National Railroad Passenger Corporation ("Amtrak") and Co-Defendant Allstate Insurance Company solely as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company, incorrectly sued herein as Allstate Insurance Company and Northbrook Insurance Company ("Allstate"), through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41, stipulate and agree that any and all claims, including any and all claims, cross-claims, counter-claims, and other claims, between Amtrak and Allstate are dismissed **with prejudice**.  With regard to the dismissed claims, the parties each shall bear their own respective costs, expenses, and counsel fees.

SO ORDERED: /S/ Frederic Block, U.S.D.J.

Dated: 12/19/2018

Agreed to on December 19, 2018 by:

| | |
|---|---|
| *s/* | *s/* |
| Lawrence A. Levy | Rhonda D. Orin |
| larry.levy@rivkin.com | rorin@andersonkill.com |
| Michael Kotula | Daniel J. Healy |
| michael.kotula@rivkin.com | dhealy@andersonkill.com |
| Anthony Gambardella | Stephen D. Palley |
| anthony.gambardella@rivkin.com | spalley@andersonkill.com |
| Rivkin Radler | Anderson Kill, LLP |
| 926 RXR Plaza | 1717 Pennsylvania Avenue, NW |
| Uniondale, NY 11556-0926 | Washington, DC 20006 |
| (516) 357-3000 | (202) 416-6500 |

*Attorneys for Allstate Insurance Company solely as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company, incorrectly sued herein as Allstate Insurance Company and Northbrook Insurance Company*

*Attorneys for National Railroad Passenger Corporation*

2