UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

CERTAIN UNDERWRITERS AT LLOYD'S, ) Case No. 1:14-cv-04717-FB-RLM
LONDON, et al., )
                                           ) STIPULATION OF DISMISSAL
             Plaintiffs, ) WITH PREJUDICE AS TO CLAIMS
                                           ) BETWEEN AMTRAK AND THE
      v. ) CONTINENTAL INSURANCE
                                           ) COMPANY PURSUANT
NATIONAL RAILROAD PASSENGER ) TO FED. R. CIV. P. 41
CORPORATION, et al., )
            Defendants. )

---

       Defendant National Railroad Passenger Corporation ("Amtrak") and Co-Defendant The Continental Insurance Company, as successor in interest to certain policies issued by Harbor Insurance Company, and as successor by merger to Pacific Insurance Company ("Continental"), through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41, stipulate and agree that all remaining claims, including all claims, cross-claims, counter-claims, third-party claims, and other claims, between Amtrak and Continental in the above-captioned case are dismissed **with prejudice**. Amtrak and Continental each shall bear their own respective costs, expenses, and counsel fees. All of Amtrak's claims against other parties in the case are not dismissed and remain.

SO ORDERED: _____

Dated: _____

1

Agreed to on December ___, 2018 by:

_____ 12/18/2018
John S. Favate, Esq.
Arthur A. Povelones, Jr., Esq. (*pro hac vice*)
HARDIN, KUNDLA, MCKEON &
   POLETTO, P.A.
673 Morris Avenue
Springfield, NJ 07081
Telephone: (973) 912-5222
jfavate@hkmpp.com
apovelones@hkmpp.com
*Attorneys for The Continental Insurance Company, as successor in interest to certain policies issued by Harbor Insurance Company, and as successor by merger to Pacific Insurance Company*

_____
Rhonda D. Orin
Daniel J. Healy
Stephen D. Palley (*pro hac vice*)
ANDERSON KILL, L.L.P.
1717 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 416-6500
rorin@andersonkill.com
dhealy@andersonkill.com
spalley@andersonkill.com
*Attorneys for National Railroad Passenger Corporation*