**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, *et al*.,

                                    Plaintiffs,

                    v.

NATIONAL RAILROAD PASSENGER CORPORATION, *et al*.,

                                    Defendants.

Case No. 1:14-cv-04717-FB-RLM

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN AMTRAK AND LMI PURSUANT TO FED. R. CIV. P. 41**

Defendant National Railroad Passenger Corporation ("Amtrak") and all Plaintiffs in this action (collectively "London Market Insurers" or "LMI"), through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41, stipulate and agree that any and all claims in this action between or among Amtrak and LMI against each other are dismissed **with prejudice**. The parties each shall bear their own respective costs, expenses, and counsel fees.

SO ORDERED:  /S/ Frederic  Block, USDJ

Dated:  12/18/2018

Signed and agreed to on this 18th day of December 2018:


By: *s/*_____

Joseph L. Ruby

Mark J. Leimkuhler (pro hac vice)

Aisha E. Bembry (pro hac vice)

**LEWIS BAACH KAUFMANN**
 **MIDDLEMISS PLLC**

1101 New York Avenue, N.W., Suite 1000

Washington, DC 20005

202-833-8900

*Counsel for Plaintiffs London Market Insurers*


By: *s/*_____

Rhonda D. Orin

Daniel J. Healy

Stephen D. Palley

**ANDERSON KILL, LLP**

1717 Pennsylvania Avenue, N.W., Suite 200

Washington, DC  20006

202-416-6500

*Counsel for Defendant National Railroad*
 *Passenger Corporation*