UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION, *et al.*, <br><br> Defendants. | Case No. 1:14-cv-04717-FB-RLM |

**STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41 AS TO ALL PLAINTIFFS AND
ALL DEFENDANT INSURERS THAT HAVE APPEARED IN THIS ACTION**

All plaintiffs in this action (hereinafter, "London Market Insurers") and the following defendant insurers, constituting all defendant insurers that have appeared in this action (hereinafter, "Stipulating Insurer Defendants"):

American Home Assurance Company; The Insurance Company of the State of Pennsylvania; Granite State Insurance Company; Lexington Insurance Company; and National Union Fire Insurance Company of Pittsburgh, Pa. in its own right and as successor to Landmark Insurance Company;

Allianz Underwriters Insurance Company, f/k/a Allianz Underwriters, Inc., incorrectly sued herein as Allianz Insurance Company; Allstate Insurance Company solely as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company, incorrectly sued herein as Allstate Insurance Company and Northbrook Insurance Company; American Insurance Co.; and Interstate Reinsurance Corp.:

Argonaut Insurance Company;

Banco de Seguros del Estado;

Century Indemnity Company, as successor to (i) CCI Insurance Company, as successor to Insurance Company of North America and (ii) CIGNA Specialty Insurance Company, formerly known as California Union Insurance Company;

The Continental Insurance Company, successor in interest to certain policies issued by Harbor Insurance Company, and as successor by merger to Pacific Insurance Company;

      Eurinco Allgemeine Versicherungs Aktiengesellschaft;

      Evanston Insurance Company;

      First State Insurance Company;

      Nationwide Mutual Insurance Company and Employers Insurance Company of Wausau, f/k/a Employers Insurers of Wausau A Mutual Company;

      Munich Reinsurance America, Inc. pleaded herein as "American Reinsurance Company";

      and

      Yosemite Insurance Company;

Through their undersigned counsel and pursuant to Rule 41 of the Federal Rules of Civil Procedure, stipulate and agree that any and all claims in the above-captioned action, including all claims, cross-claims, counterclaims, and other claims

    (i)    between London Market Insurers or any of them, on the one hand, and Stipulating Insurer Defendants or any of them, on the other hand; and

    (ii)    between and among any of the Stipulating Insurer Defendants are dismissed with prejudice.

With regard to the dismissed claims, London Market Insurers and Stipulating Insurer Defendants and each of them shall bear their own respective costs, expenses, and counsel fees.

SO ORDERED this __21__ day of December 2018:

/S/ Frederic Block, U.S.D.J.
_____

[Signatures of counsel appear on the following two pages.
All parties are signed by Joseph L. Ruby with express permission.]

*[signature: Joseph L. Ruby]*
Joseph L. Ruby
Martin R. Baach (pro hac vice)
Mark J. Leimkuhler (pro hac vice)
Aisha E. Bembry (pro hac vice)
**LEWIS BAACH KAUFMANN MIDDLEMISS PLLC**
1101 New York Avenue, N.W.
Washington, DC 20006
202-833-8900

The Chrysler Building
405 Lexington Avenue, 62nd Floor
New York, NY 10174
212-826-7001
*Attorneys for Plaintiffs London Market Insurers*

*[signature: Richard W. Bryan / JLR]*
Richard W. Bryan (pro hac vice)
Kristen C. Vine (pro hac vice)
**JACKSON & CAMPBELL, P.C.**
1120 20rh Street, NW, South Tower
Washington, DC 20036
202-457-1600

Jeffrey A. Mathews (JM6382)
Law Offices of Jeffrey Mathews
80 Pine Street, 3rd Floor
New York, New York 10005
718-250-1400
*Attorneys for Defendants American Home Assurance Company, The Insurance Company of the State of Pennsylvania, Granite State Insurance Company, Lexington Insurance Company and National Union Fire Insurance Company of Pittsburgh, Pa. in its own right and as Successor to Landmark Insurance Company*

*[signature: Lawrence A. Levy / JLR]*
Lawrence A. Levy
Michael A. Kotula
Anthony R. Gambardella
Robert A. Maloney
**RIVKIN RADLER LLP**
926 RXR Plaza
Uniondale, NY 11556-0926

*Attorneys for Allianz Underwriters Insurance Company, f/k/a Allianz Underwriters, Inc., incorrectly sued herein as Allianz Insurance Company, Allstate Insurance Company solely as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company, sued incorrectly herein as Allstate Insurance Company and Northbrook Insurance Company, American Insurance Company and Interstate Reinsurance Corporation*

*[signature: Brian M. Reid / JLR]*
Brian M. Reid
**LITCHFIELD CAVO LLP**
303 W. Madison Street
Suite 300
Chicago, IL 60606
312-781-6677
*Attorneys for Defendant Argonaut Insurance Company*

*[signature: Ernesto Palomo / JLR]*
Ernesto Palomo
**LOCKE LORD LLP**
111 South Wacker Drive
Chicago, Il 60606
312-443-0477
Joseph N. Froehlich (JF-5221)
Jeffrey Kramer (JK-1019)

3 World Financial Center
New York, New York 10281
212-415-8600
*Attorneys for Defendant Banco de Seguros del Estado*

*[signature: Wm. M. Popalisky / JLR]*
William M. Popalisky
**CROWELL & MORING**
1001 Pennsylvania Avenue N.W.
Washington D.C. 20004
202-624-2500
*Attorneys for Defendant Century Indemnity Company*

3

*John S. Favate* /JLR
John S. Favate
Arthur A. Povelones
**HARDIN, KUNDLA, McKEON & POLETTO**
673 Morris Avenue
Springfield, NJ. 07081
973-912-5222
*Attorneys for Defendant The Continental Insurance Company, as successor in interest to certain policies issued by Harbor Insurance Company, and as successor by merger to Pacific Insurance Company*

*Wm. Gerald McElroy, Jr.* /JLR
Wm. Gerald McElroy, Jr.
Kristin Suga Heres
**ZELLE HOFMANN**
600 Worcester Road
Suite 101
Framingham, MA 01702
781-466-0700
*Attorneys for Defendant Employers Insurance Company of Wausau, f/k/a Employers Insurers of Wausau A Mutual Company, and Nationwide Mutual Insurance Company*

*Christopher Scott P'Angelo* /JLR
Christopher Scott D'Angelo
**MONTGOMERY MCCRACKEN WALKER & RHOADS LLP**
1735 Market Street, 21st Floor
Philadelphia, PA 19103
215 772-7397
*Attorneys for Eurinco Allgemeine Versicherungs Aktiengesellschaft*

*Adam Daniel Krauss* /JLR
Adam Daniel Krauss (AK4610)
**TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP**
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532
914-347-2600
*Attorneys for Defendant Evanston Insurance Company*

*James P. Ruggeri* /JLR
James P. Ruggeri
Katherine M. Hance (pro hac vice)
Alison P. Baker
**SHIPMAN & GOODWIN LLP**
1875 K Street, NW
Washington, DC 20006
Telephone: 202-469-7750

Stanley A. Camhi
**JASPAN SCHLESINGER LLP**
300 Garden City Plaza
Garden City, NY 11530
516-746-8000
*Attorneys for Defendant First State Insurance Company*

*William E. McGrath, Jr.* /JLR
William E. McGrath, Jr.
**DILWORTH PAXSON, LLP**
2 Research Way
Princeton, NJ 08540
609-987-6679
*Attorneys for Defendant Munich Reinsurance America, Inc., f/k/a American Re-Insurance Company*

*Mark W. Zimmerman* /JLR
Mark W. Zimmerman (pro hac vice)
Steven J. Fried
Henry Lefevre-Snee (pro hac vice)
**CLAUSEN MILLER P.C.**
10 S. LaSalle Street
Chicago, IL 60603

312-855-1010
Steven J. Fried (SF3637)
28 Liberty Street, 39th Floor
New York, NY 10005
212-805-3900
*Attorneys for Defendant Yosemite Insurance Company*

4