**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, *et al.*,

                      Plaintiffs,

v.

NATIONAL RAILROAD PASSENGER CORPORATION, *et al.*,

                      Defendants.

Case No. 1:14-cv-04717-FB-RLM

**JOINT STATUS REPORT FILED IN COMPLIANCE WITH THE COURT'S ORDER DATED DECEMBER 20, 2018**

---

By order dated December 20, 2018, the Court directed the parties to jointly inform the Court whether there are any remaining claims not covered by the stipulations or whether the case can be closed.

### **Plaintiffs London Market Insurers and Defendant Insurance Companies**[1]

London Market Insurers ("LMI") advise that all claims by and against them in this action have been dismissed by stipulations (one stipulation of dismissal with Amtrak, and one with all appearing Defendant Insurance Companies) and as ordered by this Court. Further, all cross-claims among and between the Defendant Insurance Companies (that is, all defendants that have appeared in the action other than Amtrak), have also been dismissed by stipulation and order. Lastly, all claims against non-appearing defendants have been dismissed. LMI understand that once Amtrak and certain insurer defendants resolve outstanding issues between them, as Amtrak describes below, this case can be ordered closed.

---

[1] "Defendant Insurance Companies" as used herein refers to insurer defendants that have appeared in the action. All Defendant Insurance Companies have previously stipulated to the dismissal of all of LMI's claims against them, any claims they have asserted against LMI, and any claims they have asserted against one another, as shown in the various stipulations submitted to the Court. Therefore, LMI have not solicited the authority to sign this report on their behalf. The report was circulated by LMI in draft to counsel for all Defendant Insurance Companies on Thursday, December 27, and with a minor revision to the Amtrak section only on December 28, with the advice that a final version in this form would be filed on a no-objection basis on Monday, December 31 at noon, and no objections were received.

**Defendant Amtrak**

Amtrak, through its undersigned counsel, is pleased to advise the Court that it has resolved all claims with all parties in this action except for one remaining issue: with regard to Amtrak and the AIG Insurers, the filing of a stipulation with prejudice of the remaining claims that were not already dismissed with prejudice pursuant to docket no. 850, but have now also been settled.

Jointly submitted the 31st day of December 2018:

*s/*
Rhonda D. Orin
Daniel J. Healy
Stephen D. Palley
**ANDERSON KILL, LLP**
1717 Pennsylvania Avenue, N.W., Suite 200
Washington, DC 20006
202-416-6500
*Attorneys for Defendant National Railroad Passenger Corporation*

*s/*
Joseph L. Ruby
Mark J. Leimkuhler (pro hac vice)
Aisha E. Bembry (pro hac vice)
**LEWIS BAACH KAUFMANN
    MIDDLEMISS PLLC**
1101 New York Avenue, N.W., Suite 1000
Washington, DC 20005
202-833-8900
*Attorneys for Plaintiffs London Market Insurers*

*s/*
Richard W. Bryan
Kristen C. Vine
Michelle M. Spatz
**JACKSON & CAMPBELL, PC**
1120 20th Street, N.W., Suite 300 South
Washington, DC 20036
(202) 457-1638
*Attorneys for American Home Assurance Company, The Insurance Company of the State of Pennsylvania, Granite State Insurance Company, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburgh, Pa., in its own right and as successor to Landmark Insurance Company*