**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, et al.,<br><br>                      Plaintiffs,<br><br>      v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.,<br><br>                      Defendants. | Case No. 1:14-cv-04717-FB-RLM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN AMTRAK AND THE AIG COMPANIES PURSUANT TO FED. R. CIV. P. 41** |

Defendant National Railroad Passenger Corporation ("Amtrak") and Co-Defendants American Home Assurance Company, The Insurance Company of the State of Pennsylvania, Granite State Insurance Company, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburgh, Pa., in its own right and as successor to Landmark Insurance Company (collectively "AIG Companies"),[1] through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41, stipulate and agree that any and all claims in this action between Amtrak and the AIG Companies against each other are dismissed **with prejudice**. The parties each shall bear their own respective costs, expenses, and counsel fees.

SO ORDERED: /S/ Frederic Block, U.S.D.J.

Dated: 1/7/2019

---

[1] Except that, AIG Companies, as used herein, does not include American Home Assurance Company (sometimes referred to in this litigation as American Home Insurance Company) that is a plaintiff in this action. This Stipulation of Dismissal does apply to American Home Assurance Company that is a defendant in this action.

Agreed to on January 4, 2019 by:

*s/* Richard Bryan
Richard W. Bryan
rbryan@jackscamp.com
Kristen C. Vine
kvine@jackscamp.com
Michelle M. Spatz
mspatz@jackscamp.com
Jackson & Campbell, PC
1120 20th Street, N.W., Suite 300 South
Washington, DC 20036
(202) 457-1638

*Attorneys for American Home Assurance Company, The Insurance Company of the State of Pennsylvania, Granite State Insurance Company, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburgh, Pa., in its own right and as successor to Landmark Insurance Company*

*s/* Rhonda Orin
Rhonda D. Orin
rorin@andersonkill.com
Daniel J. Healy
dhealy@andersonkill.com
Stephen D. Palley
spalley@andersonkill.com
Anderson Kill, LLP
1717 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 416-6500

*Attorneys for National Railroad Passenger Corporation*